# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIGER TEAM TECHNOLOGIES, INC., | CIVIL NO. 06-1273 (ADM/AJB) |
| PLAINTIFF, | |
| V. | **ORDER** |
| SYNESI GROUP, INC., | |
| DEFENDANT. | |

This matter is before the Court on a Report and Recommendation from Magistrate Judge Arthur J. Boylan dated May 4, 2009. There being no objections filed to Magistrate Judge Boylan's Report and Recommendation, **THE COURT HEREBY ORDERS** that individual Defendant Synesi Group, Inc.'s Answer is stricken pursuant to Fed. R. Civ. P. 16 and 37(b)(2)(A)(iii).

Dated: May 27, 2009                                                  s/Ann D. Montgomery

　　　　　　　　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　 The Honorable Ann D. Montgomery
　　　　　　　　　　　　　　　　　　　　　　　　　　　 United States District Court